

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PETE C. WOLL, SLITERS, NORTH FLA TREAD LAKE YACHT CLUB, J. MICHAEL DOCKSTADER, RAY J. HABEL, GREG R. HABEL, WILLIAM G. BOWD, PAUL AND MARY SULLIVAN, RAY AND MAUREEN HEIN, RANDA J. MCALPIN, LOYD FOSTER, G.W. INGRAM II, BENJAMIN W. LOUDEN, L. HARRY WOLL, KENNETH D. LOUDEN, MICHAEL O. SPECKERT, STEVEN SPECKERT, SUSIE SPECKERT, HECTOR SPECKERT, on their own behalf and on behalf of the certified class they represent,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P A, a Pennsylvania corporation,<br>    Defendants. | CV 13–177–M–DLC<br><br>ORDER |

On January 29, 2014, this Court granted Plaintiffs' motion to compel

arbitration and stayed the proceedings of this case. (Doc. 37.) This Order was

subsequently appealed to the Ninth Circuit Court of Appeals. (Doc. 40.) On

November 13, 2015, the parties voluntarily moved to dismiss the appeal stating that they had settled the matter. *Pete C. Woll, et al., v. National Union Fire Insurance Company of Pittsburgh, PA*, No. 14-35154 (9th Cir. Nov. 13, 2015). This motion was quickly granted and the Ninth Circuit dismissed the appeal. *Pete C. Woll, et al., v. National Union Fire Insurance Company of Pittsburgh, PA*, No. 14-35154 (9th Cir. Nov. 19, 2015). As a result, on March 15, 2017, the Court ordered Plaintiffs to file a joint status report indicting whether this matter should be dismissed. (Doc. 47.) On March 22, 2017, the parties responded and stated that settlement in this matter has been reached. (Doc. 50.) The parties further requested that the Court enter an order dismissing this matter with prejudice, with the parties bearing their own fees and costs. The Court finds good cause for this request and will grant it.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own fees and costs. This matter is CLOSED.

Dated this 22nd day of March, 2017.

Dana L. Christensen, Chief Judge
United States District Court

-2-